**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ROBIN LILLY,

Plaintiff,

v. No. 2:26-cv-01313-MLG-DLM

EQUIFAX INFORMATION
SERVICES, LLC,

Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE MARTÍNEZ'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on Plaintiff Robin Lilly's Motion to Remand, Doc. 4, and his Motion to Remand and for Costs and Fees Under 28 U.S.C. § 1447(c), Doc. 9 (collectively, Motions to Remand). Pursuant to the Court's Order of Referral, Doc. 27, Magistrate Judge Damian L. Martínez filed his Proposed Findings and Recommended Disposition ("PFRD") on August 17, 2026. Doc. 34. Judge Martínez recommends granting Lilly's Motions to Remand in part and denying them in part. Specifically, he recommends that the Court remand this matter to state court for lack of jurisdiction and deny Lilly's request for costs and fees. *Id.* at 11-14.

The PFRD notified the parties of their ability to file objections within fourteen days and warned them that failure to timely file objections would waive appellate review. *Id.* at 14. Neither party filed objections and the deadline for doing so has passed. Having reviewed the PFRD, and given the lack of objection, the Court finds no reason either in law or fact to depart from Judge Martínez's PFRD and will adopt the conclusions memorialized therein.

It is therefore ordered:

1. The PFRD, Doc. 34, is adopted.

2. The Motions to Remand, Docs. 4, 9, are granted to the extent that this matter is remanded to the Third Judicial District Court for Doña Ana County, State of New Mexico.

3. Lilly's requests for costs and fees, as raised in the Motions to Remand, Docs. 4, 9, are denied. Accordingly, the parties shall bear their own costs and fees.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA